# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

**UNITED STATES OF AMERICA**

v.                                                              Case No.  6:07-cr-197-Orl-28KRS

**NATHAN BRIDGES**

| | | | |
|---|---|---|---|
| **JUDGE:** | John Antoon II | **COUNSEL FOR GOVT:** | Daniel C. Irick |
| **DEPUTY CLERK:** | Darleen Darley | **COUNSEL FOR DEFT(S):** | Jonathan E. Rose |
| **COURT REPORTER:** | Anthony Rolland | **PRETRIAL/PROBATION:** | Laquita Davis |
| **DATE/TIME:** | March 14, 2008 11:00-11:30 a.m. | **INTERPRETER:** | None |

## CLERK'S MINUTES ON CRIMINAL SENTENCING

Defendant is adjudged guilty on Count One of the Information.

IMPRISONMENT:    7 Months.

Supervised Release:    One year.

MANDATORY DRUG TESTING requirements are: Imposed.

Special Conditions of Supervised Release are:

   Participate in a program for treatment of narcotic addiction or drug or alcohol dependency.

   Credit Card Condition:    Open no new credit, make no new large purchases, etc.

   Provide Probation Officer access to any requested financial information.

   Other:    Cooperate in the collection of DNA, as directed by the Probation Officer.

Fine and costs of imprisonment/supervision:    Waived.

Special Assessment:    $100.00.

Restitution:    $2,000.00 to FEMA.

Defendant is remanded to the custody of the U.S. Marshal.

Additional remarks:    Defendant is advised of right to appeal..