UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

FILED

2009 MAR 23 PM 3: 01

U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

UNITED STATES OF AMERICA

-vs-

NATHAN BRIDGES

Case Number: 6:07-CR-197-ORL-28KRS

USM Number: 26836-018

James Wesley Smith, III  FPD
201 S. Orange Avenue, Suite 300
Orlando, Florida 32801

## JUDGMENT IN A CRIMINAL CASE
### For Revocation of Probation or Supervised Release

The defendant admitted guilt to violation charge numbers One through Eleven of the term of supervision. The defendant is adjudicated guilty of these violation charge numbers:

| Violation Charge Number | Nature of Violation | Violation Ended |
|---|---|---|
| One | Positive Urinalysis for Marijuana | October 22, 2008 |
| Two | Positive Urinalysis for Cocaine | October 22, 2008 |
| Three | Positive Urinalysis for Marijuana | November 24, 2008 |
| Four | Positive Urinalysis for Cocaine | November 24, 2008 |
| Five | Positive Urinalysis for Marijuana | December 4, 2008 |
| Six | Positive Urinalysis for Cocaine | December 4, 2008 |
| Seven | Positive Urinalysis for Marijuana | December 8, 2008 |
| Eight | Positive Urinalysis for Marijuana | December 12, 2008 |
| Nine | Positive Urinalysis for Marijuana | December 19, 2008 |
| Ten | Positive Urinalysis for Marijuana | January 6, 2009 |
| Eleven | Positive Urinalysis for Marijuana | January 12, 2009 |

The defendant is sentenced as provided in the following pages of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

**IT IS ORDERED** that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Date of Imposition of Sentence:

3/20/2009

JOHN ANTOON II
UNITED STATES DISTRICT JUDGE

March 2 3 ,2009

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **6 Months**.

The Court recommends to the Bureau of Prisons:

    That defendant participate in a substance abuse treatment program while incarcerated

It is **FURTHER ORDERED** that upon release from imprisonment, Defendant is released from further supervision by the court.

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

                                                          UNITED STATES MARSHAL

                                    By:_____
                                                      Deputy U.S. Marshal